UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>1,679 FIREARMS, et al.,<br><br>            Defendants.<br>_____<br><br>MARIA FERRO,<br><br>            Claimant, | CASE NO. CV 06-5014  PJW<br><br>JUDGMENT |

    Pursuant to the Findings of Fact and Conclusions of Law Following Bench Trial filed this day, the Court hereby enters judgment in favor of Plaintiff United States and against Defendant Firearms. The firearms are hereby forfeited to the United States.

    IT SO ORDERED.

    This 30th day of September 2009.

*Patrick J. Walsh*
_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\USA v 1,679 Firearms\Judgment.wpd