UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV 06-5014 PJW |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| 1,679 FIREARMS, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| MARIA FERRO, | ) ) | |
| Claimant, | ) ) | |

    Pursuant to the Order Re: Claimant's Petition for Remission of Forfeiture Following Remand filed this day, the Court hereby enters judgment.

    Dated: August 2, 2013.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\USA v 1,679 Firearms\Judgment.wpd