UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV 06-5014-PJW |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| 1,679 FIREARMS, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| MARIA FERRO, | ) | |
| Claimant. | ) | |

Pursuant to the Order Re: Claimant's Petition for Remission of Forfeiture Following Remand filed this day, the Court hereby enters judgment.

DATED: June 2, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\USA v 1,679 Firearms 5014\Judgment 2 .wpd